**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14012-CIV-CANNON/Maynard**

**CALVIN DARVILLE**,

      Plaintiff,

v.

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**,

      Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon Magistrate Judge Maynard's Report and Recommendation (the "Report"), issued on March 31, 2026 [ECF No. 9].  The Report recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with Court Orders and failure to prosecute [ECF No. 9].  No party filed objections to the Report, and the time to do so has expired.  Upon review of the Report and the Motion, the Report [ECF No. 9] is **ACCEPTED**, and the Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report.

***

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.

***

Following review, the Court finds no clear error in the well-reasoned Report.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report.

3. The Clerk is directed to **CLOSE** this case.

4. **The CLERK is instructed to mail a copy of this Order to Plaintiff at the address listed below and thereafter file a Notice of Compliance**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of August 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     Calvin Darville (*Pro Se*)
        3403 Menendez Ave
        Fort Pierce, Florida 34947
        Email: calvindarville86@gmail.com